J. TONY SERRA SBN 32639
MARIA BELYI SBN 270019
506 BROADWAY
SAN FRANCISCO, CA 94133
TELEPHONE: (415) 986-5591
FACSIMILE: (415) 421-1331

ATTORNEYS FOR DEFENDANT
JOSE INEZ GARCIA-ZARATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:17-CR-609-VC |
| Plaintiff, ) | |
| ) | DECLARATION OF COUNSEL IN |
| vs. ) | SUPPORT OF MOTION TO COMPEL DISCOVERY RE: VINDICTIVE PROSECUTION AND COLLUSION |
| JOSE INEZ GARCIA-ZARATE, ) | |
| Defendant. ) | |

I, MARIA BELYI, declare:

I am an attorney licensed to practice law in the state of California and before this Court and am one of the attorneys of record for the defendant in this matter.

The information contained in the Motion to Compel Discovery is true and correct, except those matters stated on information and belief, and as to those matters, I believe them to be true.

The discovery requested is limited to information which is not in the possession of, nor accessible to the defense, and which the defense has a good-faith belief would be material to challenging the Indictment on the grounds of vindictive prosecution and collusion.

The parties have met and conferred via email but were unable to resolve the discovery issues. Specifically, the prosecution has indicated that the requests A.C. D. and E. are not discoverable. (*See* pages 6-7 of the motion). It should be noted that the discovery production is still ongoing.

1   It is counsel's belief that a declaration by a San Francisco Public Defender will be
2 forthcoming regarding what occurred in court in support of the allegations of collusion.
3   This declaration is executed on March 13, 2018 in San Francisco, California.

4

5              */s/ Maria Belyi*_____
               MARIA BELYI
6              Attorney for Defendant
               JOSE INEZ GARCIA-ZARATE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28