3/13/2018     Attorney General Sessions Statement on the Verdict in People of the State of California vs. Jose Ines Garcia Zarate aka Juan Francisco Lopez …

Case 3:17-cr-00609-VC Document 8-4 Filed 03/13/18 Page 1 of 1

JUSTICE NEWS

### Department of Justice

Office of Public Affairs

FOR IMMEDIATE RELEASE                                    Thursday, November 30, 2017

## Attorney General Sessions Statement on the Verdict in People of the State of California vs. Jose Ines Garcia Zarate aka Juan Francisco Lopez Sanchez

"When jurisdictions choose to return criminal aliens to the streets rather than turning them over to federal immigration authorities, they put the public's safety at risk. San Francisco's decision to protect criminal aliens led to the preventable and heartbreaking death of Kate Steinle. While the State of California sought a murder charge for the man who caused Ms. Steinle's death—a man who would not have been on the streets of San Francisco if the city simply honored an ICE detainer—the people ultimately convicted him of felon in possession of a firearm. The Department of Justice will continue to ensure that all jurisdictions place the safety and security of their communities above the convenience of criminal aliens. I urge the leaders of the nation's communities to reflect on the outcome of this case and consider carefully the harm they are doing to their citizens by refusing to cooperate with federal law enforcement officers."

**Component(s):**
Civil Rights Division
Civil Rights - Criminal Section
Office of the Attorney General

**Press Release Number:**
17-1352

*Updated December 1, 2017*