1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | SHIAO C. LEE (CABN 257413)
ERIC CHENG (CABN 274118)

5 | Assistant United States Attorney

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-6557
FAX: (415) 436-7234

8 | Eric.Cheng@usdoj.gov

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 17-609 VC |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | ) | |
| JOSE INEZ GARCIA-ZARATE, a/k/a Juan Jose Dominguez De La Parra, a/k/a Jose Luis Garcia Sanchez, a/k/a Juan Garcia Sanchez, a/k/a Juan Francisco Lopez-Sanchez, | ) | |
| Defendant. | ) | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Hallie Hoffman should be removed from the list of attorneys to be noticed. AUSAs Shiao C. Lee and Eric Cheng remain as counsel for the government in this case.

DATED: August 30, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ERIC CHENG
Assistant United States Attorney

NOTICE OF SUBSTITUTION OF COUNSEL
CR 17-609 VC