# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

FILED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR17-609 VC

JOSE INEZ GARCIA-ZARATE,

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 922(g)(5) – Alien in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

_____ Foreman

Filed in open court this ___17___ day of OCT 2019

Ada Means, Clerk

Bail, $ __NO PROCESS__

Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT   ☒ SUPERSEDING

--- OFFENSE CHARGED ---

Title 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition (Class C Felony)
Title 18 U.S.C. § 922(g)(5) - Alien in Possession of a Firearm and Ammunition (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: As to both counts: 10 years imprisonment
$250,000 fine
3 years supervised release
$100 mandatory special assessment
Forfeiture and Restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

--- DEFENDANT - U.S ---

▶ JOSE INEZ GARCIA-ZARATE

DISTRICT COURT NUMBER
17-CR-609 VC

FILED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} _____

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   ERIC CHENG

--- DEFENDANT ---

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
4
5
6
7

**FILED**

OCT 17 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,          ) CASE NO. 17-CR-609 VC
                                        )
12 |     Plaintiff,                     ) VIOLATION:
                                        ) 18 U.S.C. § 922(g)(1) – Felon in Possession of a
13 |  v.                                ) Firearm and Ammunition;
                                        ) 18 U.S.C. § 922(g)(5) – Alien in Possession of a
14 | JOSE INEZ GARCIA-ZARATE,           ) Firearm and Ammunition;
     a/k/a Juan Jose Dominguez De La Parra, ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) –
15 | a/k/a Jose Luis Garcia Sanchez,    ) Forfeiture Allegation
     a/k/a Juan Garcia Sanchez,         )
16 | a/k/a Juan Francisco Lopez-Sanchez,) SAN FRANCISCO VENUE
                                        )
17 |     Defendant.                     )
                                        )
18

19              S U P E R S E D I N G   I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

22  On or about July 1, 2015, in the Northern District of California, the defendant,

23              JOSE INEZ GARCIA-ZARATE,
                a/k/a Juan Jose Dominguez De La Parra,
24              a/k/a Jose Luis Garcia Sanchez,
                a/k/a Juan Garcia Sanchez,
25              a/k/a Juan Francisco Lopez-Sanchez,

26  knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding
27  one year, knowingly possessed a firearm and ammunition, namely, one (1) .40 caliber Sig Sauer P239
28  semi-automatic pistol, serial number SA4 144 075, and multiple rounds of Winchester ranger 165 grain

SUPERSEDING INDICTMENT

1 | .40 caliber ammunition, and the firearm and ammunition were in and affecting commerce, all in
2 | violation of Title 18, United States Code, Section 922(g)(1).
3 | COUNT TWO:         (18 U.S.C. § 922(g)(5) – Alien in Possession of a Firearm and Ammunition)
4 | On or about July 1, 2015, in the Northern District of California, the defendant,

JOSE INEZ GARCIA-ZARATE,
a/k/a Juan Jose Dominguez De La Parra,
a/k/a Jose Luis Garcia Sanchez,
a/k/a Juan Garcia Sanchez,
a/k/a Juan Francisco Lopez-Sanchez,

knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm and ammunition, namely, one (1) .40 caliber Sig Sauer P239 semi-automatic pistol, serial number SA4 144 075, and multiple rounds of Winchester ranger 165 grain .40 caliber ammunition, and the firearm and ammunition were in and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(5).

FORFEITURE ALLEGATION:    (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in Counts One and Two of this Superseding Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense set forth in this Superseding Indictment, the defendant,

JOSE INEZ GARCIA-ZARATE,
a/k/a Juan Jose Dominguez De La Parra,
a/k/a Jose Luis Garcia Sanchez,
a/k/a Juan Garcia Sanchez,
a/k/a Juan Francisco Lopez-Sanchez,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a. One (1) .40 caliber Sig Sauer P239 semi-automatic pistol, serial number SA4 144 075, and any ammunition seized or associated with the firearm.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;

SUPERSEDING INDICTMENT            2

|   |   |   |
|---|---|---|
| 1 | c. | has been placed beyond the jurisdiction of the court; |
| 2 | d. | has been substantially diminished in value; or |
| 3 | e. | has been commingled with other property which cannot be divided without |
| 4 |    | difficulty, |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 17 OCT 2019

A TRUE BILL.

_____
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

_____
ERIC CHENG
Assistant United States Attorney

SUPERSEDING INDICTMENT            3