UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 17-cr-00609-VC-1 |
| | ) | |
| Plaintiff, | ) | San Francisco, California |
| | ) | Courtroom A, 15th Floor |
| vs. | ) | Tuesday, November 5, 2019 |
| | ) | |
| JOSE INEZ GARCIA-ZARATE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:   ERIC CHENG, ESQ.
                 KEVIN J. BARRY, ESQ.
                 U.S. Attorney's Office
                 450 Golden Gate Avenue, 11th Floor
                 San Francisco, California 94102
                 (415) 436-6557
                 (415) 436-6840

For Defendant:   MARIA BELYI, ESQ.
                 J. TONY SERRA, ESQ.
                 Law Office of Maria Belyi
                 506 Broadway
                 San Francisco, California 94133
                 (415) 986-5591

For Pretrial Services:   CAROLYN TRUONG

Court Interpreter:   DANIEL NAVARRO

Transcription Service:   Peggy Schuerger
                         Ad Hoc Reporting
                         2220 Otay Lakes Road, Suite 502-85
                         Chula Vista, California 91915
                         (619) 236-9325

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

1 <u>SAN FRANCISCO, CALIFORNIA   TUESDAY, NOVEMBER 5, 2019   11:15 A.M.</u>

2                               --oOo--

3           THE CLERK:  Calling criminal action 17-609, USA v. Jose
4 Inez Garcia-Zarate.  Counsel, please state your appearances for
5 the record.

6           MR. CHENG:  Good morning, Your Honor.  Eric Cheng and
7 Kevin Barry for the United States.

8           THE COURT:  Good morning.

9           MR. SERRA:  Good morning, Your Honor.  It's Maria Belyi
10 and Tony Serra who are present here and have made a general
11 appearance on this matter for Mr. Zarate.  He's present.  He's in
12 custody and is being assisted by the Spanish interpreter.

13          THE COURT:  Good morning.

14          THE INTERPRETER:  Good morning, Your Honor.  Daniel
15 Navarro.  I've been sworn in, Your Honor.

16          THE COURT:  And good morning.  Mr. Zarate, the grand
17 jury has returned a superseding indictment charging you with
18 criminal offenses.  You are here today to be arraigned on the
19 superseding indictment.

20      At this time, I'll ask the Government to summarize the
21 charges and the maximum penalties.

22          MR. CHENG:  Yes, Your Honor.  The Defendant is charged
23 in the superseding indictment under Title 18 of the United States
24 Code, Section 922(g)(1), felon in possession of a firearm and
25 ammunitions, and under Title 18 of the United States Code, Section

922(g)(5), alien in possession of a firearm and ammunition.

The maximum penalty as to both counts is as follows: Ten years' imprisonment, $250,000 fine, three years' supervised released, $100 mandatory special assessment, and forfeiture of restitution.

THE COURT: Mr. Zarate, do you understand the nature of the charges against you and the maximum penalties?

MR. GARCIA-ZARATE: No.

THE COURT: Counsel?

THE INTERPRETER: You have to talk to me in English -- in Spanish -- excuse me.

MR. GARCIA-ZARATE: In Spanish.

THE INTERPRETER: Spanish, for me.

THE COURT: I thought we had an interpreter who was explaining things to you in Spanish.

MR. GARCIA-ZARATE: Yes, but one or two?

THE COURT: Counsel, do you want to confer with your client to see what the source of the misunderstanding is?

MR. SERRA: On all prior occasions, he has understood. We were just upstairs, as you know, and he understood said interpreter. So I don't know the --

THE COURT: What is it that you don't understand?

MR. GARCIA-ZARATE: It's saying that it's just one charge -- one charge, it being illegal to have a weapon in my pants, the one that I had that day at Embarcadero, in my pants

```
 1  pocket.
 2          MR. SERRA:  Wait a minute.  I'm going to intercede.
 3  We're not going to make that kind of statements.  We're just not.
 4          THE COURT:  Okay.  I believe one charge is for being a
 5  felon in possession and the second charge is being an alien in
 6  possession.  Is that correct?
 7          MR. CHENG:  That's correct, Your Honor.
 8          MR. SERRA:  That's my understanding also.
 9          THE COURT:  So one charge is based on your background as
10  a felon and the second is based on your background as not being a
11  U.S. citizen.  So they are two different charges relating to the
12  same conduct.
13     Do you understand that?
14          MR. GARCIA-ZARATE:  Sorry?
15          THE COURT:  Do you understand that?
16          MR. GARCIA-ZARATE:  I just need to present illegal for
17  -- you're talking about immigration?  You're talking about
18  immigration?  The attorney talked about U.S. immigration.  They're
19  talking about four deportations to Mexico.  That's what they're
20  charging for?
21          THE COURT:  No, no.  That's a potential consequence, I
22  believe.
23          MR. BARRY:  Your Honor, could we just maybe have a
24  recess with the lawyer and the interpreter and not have any other
25  statements on the record?
```

1   THE COURT: I think that would be a good idea. Let's
2   take a short recess so that counsel and the interpreter can
3   confer. Thank you. We will come back in a minute.
4   THE CLERK: We're off the record.
5   (Recording equipment failure from 11:23 a.m., until 11:32
6   a.m.)
7   (Proceedings adjourned at 11:32 a.m.)
8
9   I, Peggy Schuerger, certify that the foregoing is a
10  correct transcript from the official electronic sound recording
11  provided to me of the proceedings in the above-entitled matter.
12
13  _____          December 10, 2019
    Signature of Approved Transcriber    Date
14
    Peggy Schuerger
15  _____
    Typed or Printed Name
    **Ad Hoc Reporting**
16  Approved Transcription Provider
    for the U.S. District Court,
17  Northern District of California