DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-609 VC |
| Plaintiff, | DECLARATION OF ERIC CHENG IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS REGARDING WARRANTLESS ARREST |
| v. | |
| JOSE INEZ GARCIA-ZARATE, | |
| Defendant. | |

I, Eric Cheng, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

2. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. Attached hereto as **Exhibit 1**, bearing Bates number JGZ-005146 et seq., is a true and correct copy of an excerpted preliminary hearing transcript dated August 25, 2015 from *People v. Juan Francisco Lopez Sanchez*, Court No. 15014736, in the Superior Court of the State of California, City and County of San Francisco.

4. Attached hereto as **Exhibit 2**, bearing Bates numbers JGZ-005356 et seq., is a true and

1  correct copy of an excerpted preliminary hearing transcript dated September 3, 2015 from *People v.*

2  *Juan Francisco Lopez Sanchez*, Court No. 15014736, in the Superior Court of the State of California,

3  City and County of San Francisco.

4       5.     Attached hereto as **Exhibit 3**, bearing Bates numbers JGZ-005403 et seq., is a true and

5  correct copy of an excerpted preliminary hearing transcript dated September 3, 2015 from *People v.*

6  *Juan Francisco Lopez Sanchez*, Court No. 15014736, in the Superior Court of the State of California,

7  City and County of San Francisco.

8       I declare under penalty of perjury under the laws of the United States that the foregoing is true

9  and correct.

10       Executed this 11th day of December 2019, in San Francisco, California.

11

12                                                    /s/
                                               ERIC CHENG

13                                                 Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28