DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-7234
    Kevin.Barry@usdoj.gov
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-0609 VC |
| Plaintiff, | **STIPULATIONS OF FACT REGARDING THE DEFENDANT'S STATUS AND INTERSTATE COMMERCE** |
| v. | |
| JOSE INEZ GARCIA-ZARATE, | |
| Defendant. | |

    One of the elements of Count One—being a felon in possession of a firearm and ammunition—is that at the time the defendant allegedly possessed the firearm and ammunition, the defendant had been convicted of a crime punishable by more than one year in prison, and the defendant knew that he had been convicted of a crime punishable by more than one year in prison.

    One of the elements of Count Two—being an alien in possession of a firearm and ammunition—is that at the time the defendant allegedly possessed the firearm and ammunition, the defendant was an alien who was unlawfully and illegally in the United States, and the defendant knew that he was an alien who was unlawfully and illegally in the United States.

STIPULATIONS OF FACT REGARDING THE DEFENDANT'S STATUS AND INTERSTATE COMMERCE
CR 17-0609 VC                          1

One of the elements of both Counts One and Two is that the firearm and ammunition at issue were in and affecting commerce.

The United States and the defendant, Jose Inez Garcia-Zarate, hereby stipulate and agree to the following facts:

1. Prior to July 1, 2015, Mr. Garcia-Zarate had been convicted of a crime punishable by more than one year in prison, and on or about July 1, 2015, he knew he had been convicted of a crime punishable by more than one year in prison.

2. On or about July 1, 2015, Mr. Garcia-Zarate was an alien who was present in the United States unlawfully and illegally, and he knew that he was an alien who was unlawfully and illegally in the United States.

3. Prior to July 1, 2015, the .40 caliber Sig Sauer P239 semiautomatic pistol, serial number SA4 144 075, and the eight Winchester Ranger 165 grain .40 caliber cartridges inside it, were manufactured outside the state of California and travelled in interstate commerce.

DATED: December 18, 2019

J. TONY SERRA
MARIA BELYI
Attorneys for Defendant JOSE INEZ GARCIA-ZARATE

DATED: December 18, 2019

KEVIN J. BARRY
ERIC CHENG
Assistant United States Attorneys