1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Kevin.Barry@usdoj.gov
        Eric.Cheng@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 17-609 VC |
|---|---|
| Plaintiff, | ) **UNITED STATES' WITNESS LIST** |
| v. | ) Trial Date: January 15, 2020 |
| JOSE INEZ GARCIA-ZARATE, | ) Pretrial Conf.: January 8, 2020 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) |
|  | ) Judge: Hon. Vince Chhabria |

1  Pursuant to paragraph 25 of the Court's Standing Order for Criminal Cases, the United States
2  submits its list of prospective witnesses who may be called to testify at the trial of the above-captioned
3  matter. The government reserves its right to expand this list before trial and to call additional witnesses
4  as may be necessary during trial.

- Abuan, Linda – San Francisco Police Department Criminalistics Laboratory
- Bryant, Andrew – San Francisco Police Department
- Carpenter, Aryn – Witness
- Custodian of records – United States District Court, Northern District of California
- Dong, Craig – San Francisco Police Department
- Grennell, Bret – San Francisco Police Department
- Hurley, Scott – San Francisco Police Department
- Hutchinson, Jason – San Mateo County Sheriff's Office, Northern California Regional Intelligence Center (NCRIC)
- Larochelle, Albert – Sig Sauer Inc.
- Lo, Daniel – Witness
- Lo, Michelle – Witness
- Moreno, Maria – Witness
- Ravano, Anthony – San Francisco Police Department
- Smith, Gerald Andrew (Andy) – San Francisco Police Department Criminalistics Laboratory
- Steinle, James – Witness
- Strick, Lisa – Witness
- Watkowski, Tracey or alternative custodian of records – KGO / ABC7

DATED: January 2, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
KEVIN J. BARRY
ERIC CHENG
Assistant United States Attorneys