J. TONY SERRA SBN 32639
MARIA BELYI SBN 270019
3330 GEARY BLVD., THIRD FLOOR EAST
SAN FRANCISCO, CA 94118
TELEPHONE: (415) 986-5591
FACSIMILE: (415) 421-1331

ATTORNEYS FOR DEFENDANT
JOSE INEZ GARCIA-ZARATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:17-CR-609-VC |
| Plaintiff, ) | MR. GARCIA-ZARATE'S EXHIBIT LIST |
| vs. ) | |
| JOSE INEZ GARCIA-ZARATE, ) | |
| Defendant. ) | Date: January 8, 2020 |
| ) | Time: 10:00 a.m. |
| ) | Courtroom: Hon. Vince Chhabria |

The defense submits the following potential exhibits:[1]

**Trial Exhibit 201 (A-J):** Screenshots from Firehouse video depicting of the defendant's movements on the Pier shortly before the firearm discharged, during the discharge, and immediately and shortly after discharge.

**Trial Exhibit 202 (A-X):** Screenshots from Firehouse video depicting of the movements on the Pier around the area of the seat before the defendant's arrival.

**Trial Exhibit 203(A-J):** Screenshots from Firehouse video depicting of the defendant on the Pier and photos of the Pier with and surrounding area, all for use in explaining the visual properties, capabilities, limitations, and functioning of the video evidence.

///

///

---

[1] Counsel apologizes for the timing of this submission. The document was timely prepared but inadvertently not included with the previously submitted Pretrial submissions.

1
*Mr. Garcia-Zarate's Trial Exhibits*

Dated: January 2, 2020                                    */s/ J. Tony Serra*

---
J. TONY SERRA
MARIA BELYI
Attorneys for Defendant
JOSE INEZ GARCIA-ZARATE