UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br> v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>    Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER REQUIRING SUBMISSION OF STATE COURT TRIAL TRANSCRIPT** |

   The government is ordered to submit electronic and paper copies of the state court trial transcript by 10:00 a.m. tomorrow, January 7, 2020.

   **IT IS SO ORDERED.**

Dated: January 6, 2020

_____
VINCE CHHABRIA
United States District Judge