UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br> v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>    Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER REQUIRING DEFENDANT'S APPEARANCE** |

  The defendant is ordered to appear at 9:30 a.m. tomorrow for a colloquy with the Court regarding his understanding of the nature of the charges against him and his ability to assist in his defense. This colloquy will take place under seal and outside the presence of government counsel. If, following this colloquy, the Court remains concerned about the defendant's present ability to stand trial, he will be subject to examination by a mental health professional at the Santa Rita Jail on Friday, January 10, 2020.

  **IT IS SO ORDERED.**

Dated: January 8, 2020

                 VINCE CHHABRIA
                 United States District Judge