UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>        Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER RESCHEDULING COLLOQUY WITH DEFENDANT**<br><br>Re: Dkt. No. 80 |

In light of defense counsel's unavailability today, the under-seal colloquy with the defendant originally scheduled for today will take place tomorrow at 10:00 a.m. If the Court finds reason to doubt the defendant's competency following that colloquy, it will order a psychiatric examination to take place Monday at the jail (which may require a short continuance of the trial).

**IT IS SO ORDERED.**

Dated: January 9, 2020

VINCE CHHABRIA
United States District Judge