UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>    Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER REQUIRING THE PRODUCTION OF MEDICAL RECORDS** |

The Bureau of Prisons and the Santa Rita Jail are ordered to provide forthwith the defendant's medical records to the Court for in camera review. The documents should be submitted to the Court's CJA Supervising Attorney, Diana Weiss.

  **IT IS SO ORDERED.**

Dated: January 9, 2020

                                    
                         VINCE CHHABRIA
                         United States District Judge