UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>        v.<br><br>JOSE INEZ GARCIA-ZARATE<br>*aka* JUAN JOSE DOMINGUEZ DE LA PARRA<br>*aka* JOSE LUIS GARCIA SANCHEZ<br>*aka* JUAN GARCIA SANCHEZ<br>*aka* JUAN FRANCISCO LOPEZ-SANCHEZ,<br><br>                Defendant. | Case No.  17-cr-00609-VC-1<br><br>**AMENDED ORDER REQUIRING THE PRODUCTION OF MEDICAL RECORDS AND MENTAL HEALTH RECORDS** |

The Bureau of Prisons and the Santa Rita Jail are ordered to provide forthwith the defendant's medical records and mental health records to the Court for in camera review. The documents should be submitted to the Court's CJA Supervising Attorney, Diana Weiss. It is the Court's understanding that the defendant's institutional register numbers are:

Bureau of Prisons: Juan Francisco Lopez-Sanchez, # 14115-051

Santa Rita: PFN# UMB076

**IT IS SO ORDERED.**

Dated: January 9, 2020

_____

VINCE CHHABRIA
United States District Judge