DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-7234
    Kevin.Barry@usdoj.gov
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-0609 VC |
| Plaintiff, | **STIPULATIONS OF FACT** |
| v. | |
| JOSE INEZ GARCIA-ZARATE, | |
| Defendant. | |

The United States and the defendant, Jose Inez Garcia-Zarate, hereby stipulate and agree to the following facts:

1. No DNA evidence was found on the .40 caliber Sig Sauer P239 semiautomatic pistol, serial number SA4 144 075, found in the San Francisco Bay on July 2, 2015.

2. The bullet that struck Kate Steinle and was retrieved from her body is the bullet that was fired on July 1, 2015 from the .40 caliber Sig Sauer P239 semiautomatic pistol, serial number SA4 144 075, found in the San Francisco Bay.

3. The .40 caliber Sig Sauer P239 semiautomatic pistol, serial number SA4 144 075 was stolen from a vehicle parked on the Embarcadero at Broadway on June 27, 2015. The government does not contend that the defendant stole the pistol.

DATED: January 10TH, 2020

J. TONY SERRA
MARIA BELYI
Attorneys for Defendant JOSE INEZ GARCIA-ZARATE

DATED: January 10, 2020

KEVIN J. BARRY
ERIC CHENG
Assistant United States Attorneys