UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>        Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER REPLACING EXAMINER** |

It has come to the Court's attention that Dr. Winkel has a conflict that precludes him from conducting the examination. Accordingly, the Court appoints Dr. Paul Elizondo to replace him. The examination will occur tomorrow, January 23, 2020. Defense counsel is directed to inform Garcia-Zarate of the switch. The Court's order that Garcia-Zarate participate in the examination still applies.

**IT IS SO ORDERED.**

Dated: January 22, 2020

VINCE CHHABRIA
United States District Judge