UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE INEZ GARCIA-ZARATE,

Defendant.

Case No. 17-cr-00609-VC-1

**ORDER SEALING EVALUATOR'S REPORT AND SETTING STATUS CONFERENCE**

The Court received the evaluator's report of Mr. Garcia-Zarate, dated February 5, 2020. The Court orders that the report be filed under seal and the document be sent to counsel of record for the government and defendant.

A further status conference to discuss the next steps in the case is scheduled for Wednesday, February 19, 2020, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 6, 2020

_____
VINCE CHHABRIA
United States District Judge