UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>        Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER RE COMPETENCY EVALUATION** |

      The evaluator has concluded that the defendant, because of mental illness that is not presently being treated, is not competent to stand trial. The evaluator's report has been provided to the government and the defense, and the Court has set a status conference for 1:30 p.m. on Wednesday, February 19 to discuss next steps. *See* Dkt. No. 105. If either side disputes the evaluator's conclusion, an evidentiary hearing would likely be required to further explore the defendant's competency. If neither side disputes the evaluator's conclusion, the Court wishes to explore with the parties whether attempts should be made locally to restore the defendant to competency through proper medication, as opposed to sending the defendant to a federal facility outside California.

      **IT IS SO ORDERED.**

Dated: February 14, 2020

_____
VINCE CHHABRIA
United States District Judge