# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER DENYING WITHOUT PREJUDICE LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 108 |

The government's motion for leave to file a motion for reconsideration is denied without prejudice to be raised again in anticipation of the next pre-trial conference.

**IT IS SO ORDERED.**

Dated: February 14, 2020

VINCE CHHABRIA
United States District Judge