UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>        Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER COMMITTING GARCIA-ZARATE FOR FURTHER EVALUATION** |

      Garcia-Zarate is committed to the custody of the Attorney General for 30 days for a further examination of his competency to stand trial. *See* 18 U.S.C. § 4247(b); 18 U.S.C. § 4241. As the statute provides, the director of the facility in which Garcia-Zarate is placed may apply for an extension of up to 15 days if more time is necessary for the evaluation. 18 U.S.C. § 4247(b).

      **IT IS SO ORDERED.**

Dated: February 21, 2020

                                                   VINCE CHHABRIA<br>
                                                   United States District Judge