UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 19, 2020     **Time in Court:** 32 minutes     **Judge:** VINCE CHHABRIA

**Case No.**: 17-cr-00609-VC-1     **Case Name:** UNITED STATES v. Jose Inez Garcia-Zarate

**Attorney for United States of America:** Eric Cheng
**Attorney for Defendant:** Erica Treeby for Tony Serra and Maria Belyi
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Kristen Melen                    **Court Reporter:** Marla Knox
**Interpreter:** Carol Rhine-Medina (Spanish)      **Probation Officer:** N/A

### PROCEEDINGS

Status Conference - hearing held.

### RESULT OF HEARING

The parties proposed that the defendant be committed to the custody of the Attorney General for further evaluation for his competency to stand trial. The Court will issue a written ruling on the parties' request.

The Court held an under seal colloquy with the defendant and his attorney, outside the presence of the government. The under seal transcript may be made available to only counsel of record for the defendant without further order of this Court. Anyone other than defense counsel of record who wishes to obtain a copy of the under seal portion of the transcript must seek leave of the Court to do so.