1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Kevin.Barry@usdoj.gov
       Eric.Cheng@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-609 VC |
| Plaintiff, | UNITED STATES' APPLICATION FOR AUTHORIZATION TO PROVIDE SEALED |
| v. | MATERIALS AND [~~PROPOSED~~] ORDER |
| JOSE INEZ GARCIA-ZARATE, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully seeks authorization to provide the initial evaluator's report of the defendant Jose Inez Garcia-Zarate dated February 5, 2020 to the evaluator assigned to the case with the Bureau of Prisons ("BOP"). Dkt. No. 111. The initial evaluator's report was placed under seal by the Court on February 6. Dkt. No. 105.

The government received a request from the BOP for "collateral material to review" to "conduct a comprehensive evaluation." The request included "relevant investigative materials," including "a criminal history report, investigative documents, interviews, surveillance materials, any documents signed or completed by the defendant, pre-sentence reports, pre-trial report (if available), information

APP. FOR AUTHORIZATION TO PROVIDE
SEALED MATERIALS AND [PROPOSED] ORDER    1
CR 17-609 VC

pertaining to prior cases, jail documents, medical/mental health records, and any other available material you deem relevant."

The government provided the requested materials to the evaluator assigned to the case with BOP, but withheld the under-seal initial evaluator's report. The government then sought the position of counsel for the defendant regarding providing the initial evaluator's report to the evaluator with BOP in view of it being placed under seal by the Court (Dkt. No. 105). Counsel for the defendant responded that they objected to providing the report to the evaluator with BOP.

Accordingly, the government seeks this authorization from the Court because the initial evaluator's report is among the materials requested by the evaluator assigned to the case with the BOP to conduct a comprehensive evaluation of the defendant.

DATED: April 24, 2020 

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
KEVIN J. BARRY
ERIC CHENG
Assistant United States Attorneys

# [~~PROPOSED~~] ORDER

On the application of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the government is authorized to provide the initial evaluator's report of the defendant Jose Inez Garcia-Zarate, dated February 5, 2020, to the evaluator assigned to the case with the Bureau of Prisons.

IT IS SO ORDERED.

DATED: April 29, 2020

HONORABLE VINCE CHHABRIA
United States District Judge