

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Metropolitan Detention Center*

```
FILED
Jun 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

*Office of the Warden*

535 N. Alameda Street

Los Angeles, California 90012

May 29, 2020

The Honorable Vince Chhabria
United States District Judge
Northern District of California
United States Courthouse
450 Golden Gate Ave, Courtroom 4
San Francisco, CA 94102

RE: Jose Inez Garcia-Zarate
Case Number: 17-cr-00609-VC-1
Register Number: 14115-051

Dear Judge Chhabria:

This is in response to the court order dated February 21, 2020, which committed Mr. Garcia-Zarate for an examination pursuant to 18 U.S.C. § 4241. Mr. Garcia-Zarate was designated to our facility on February 26, 2020. He arrived at the Metropolitan Detention Center (MDC), Los Angeles, CA, on March 26, 2020.

Currently, the MDC-LA is experiencing delays due to the COVID-19 pandemic outbreak. As a result, all new arrivals require a 14-day quarantine period. Additionally, MDC-LA has been under modified operations, with restricted movement within the facility, and lack of access to court-certified translators. These modified operations are expected to continue indefinitely, and will impact our ability to conduct and complete the evaluations under the normal time frames.

The original estimated report date was June 2, 2020; however, an additional 21-day extension is requested. In revising report completion estimates, you can expect to receive the report by June 29, 2020, should you grant our request for an extension. If you should have any questions regarding the evaluation, please contact Dr. Lisa Matthews, Chief Psychologist at (213) 485-0439, ext. 5468 or at lhope@bop.gov.

Sincerely,

Samantha Shelton
Forensic Psychologist

**U.S. Department of Justice**
Federal Bureau of Prisons
*Metropolitan Detention Center*
535 N. Alameda Street
Los Angeles, CA 90012

Official Business

$0.50 US POSTAGE FIRST-CLASS
062S0008713617
90012

LOS ANGELES CA 900

The Honorable Vince Chhabria
United States District Judge
Northern District of California
United States Courthouse
450 Golden Gate Ave, Courtroom 4
San Francisco, CA 94102

94102-342205