UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>　　　　　Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER GRANTING EXTENSION REQUEST**<br><br>Re: Dkt. No. 115 |

　　　　The request by the Bureau of Prisons for a 21-day extension to report on Garcia-Zarate's competency is granted. Counsel for the government is ordered to serve this order on the Bureau of Prisons.

　　　　**IT IS SO ORDERED.**

Dated: June 15, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge