UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>　　　　　　Defendant. | Case No.  17-cr-00609-VC-1<br><br>**ORDER REGARDING EVIDENTIARY HEARING** |

　　　Defense counsel is reminded to advise Mr. Garcia-Zarate of his right to testify at the evidentiary hearing regarding his competency to stand trial. 18 U.S.C 4247(d); *see also U.S. v. Gillenwater*, 717 F.3d 1070, 1079–80 (9th Cir. 2013).

　　　**IT IS SO ORDERED.**

Dated: October 13, 2020

_____
VINCE CHHABRIA
United States District Judge