UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cr-00609-VC-1
Case Name: USAv. Garcia-Zarate

EXHIBIT and WITNESS LIST – EVIDENTIARY HEARING

| JUDGE: | GOVERNMENT ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Eric Cheng and Kevin Barry | Tony Serra |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| October 16, 2020 | Jo Ann Bryce | Kristen Melen |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| 1-4 | 9:17 a.m. | X | X | All exhibits pre-admitted into the record. | |
| | 10:00 a.m. | | | Dr. Samantha Shelton was called to testify by the government. She was sworn in by the clerk, and examined by E. Cheng. | |
| | 10:26 a.m. | | | Cross examination of Dr. Shelton conducted by T. Serra on behalf of the defendant. | |
| | 10:45 a.m. | | | Re-direct examination of Dr. Shelton conducted on behalf of the government by E. Cheng. | |
| | 10:47 a.m. | | | Re-cross examination of Dr. Shelton conducted by T. Serra on behalf of the defendant. | |
| | 10:51 a.m. | | | The parties have no further question of Dr. Shelton. She is thanked and excused. Court is in recess. | |
| | 10:53 a.m. | | | Back on the record. The Court instructed Mr. Garcia-Zarate about how he would be able to communicate over the break with his counsel. | |
| | 10:55 a.m. | | | Court is in recess. | |
| | 11:37 a.m. | | | The government called to testify Dr. Paul Elizondo. Dr. Elizondo was sworn by the clerk, and examined by K. Barry. | |
| | 12:00 p.m. | | | Cross examination of Dr. Elizondo conducted by T. Serra on behalf of the defendant. | |
| | 12:26 p.m. | | | The parties have no further questions of Dr. Elizondo. He is thanked and excused. | |
| | 12:28 p.m. | | | Court is in recess until 1:30 p.m., at which time, the proceedings will be held under seal. The Court will issue a written order regarding his final rulings. | |