UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>JOSE INEZ GARCIA-ZARATE,<br>　　　　　Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER TO FILE REDACTED EXHIBITS** |

　　The government is ordered to file redacted versions of the four exhibits presented at the evidentiary hearing as to Garcia-Zarate's competency to stand trial. In addition to the redactions proposed by the government, the month and date of the dates listed in the first paragraph of Exhibit 4, page 10 should be redacted. The exhibits must be filed no later than 7 days after the date of this order.

　　**IT IS SO ORDERED.**

Dated: November 3, 2020

　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge