January 2020

# CURRICULUM VITAE

## SAMANTHA SHELTON, PSY.D.
### Clinical Psychologist – Forensic Psychologist
### Psy22933

MDC-Los Angeles
535 N Alameda Street
Los Angeles, CA 90012

**AREAS OF EXPERTISE:**

Forensic Psychology; Mental Illness; Drug Abuse Treatment; Correctional Psychology.

**EDUCATION:**

Forest Institute of Professional Psychology
Springfield, MO
Doctorate of Psychology, October 2000

Xavier University of Louisiana
New Orleans, LA
Bachelor of Science, June 1996

**CLINICAL TRAINING:**

<u>Internship</u>
Veterans Health Administration Medical Center
North Chicago, IL
September 1999 – September 2000

**EMPLOYMENT:**

Federal Bureau of Prisons, MDC-Los Angeles
Los Angeles, CA
Forensic Psychologist
February 2015 – Present

Federal Bureau of Prisons, MDC-Los Angeles
Los Angeles, CA
Drug Abuse Program Coordinator
August 2006 – February 2015

Federal Bureau of Prisons, FCC Victorville
Victorville, CA
Challenge Program Coordinator
October 2005 – August 2006

Federal Bureau of Prisons, FPC Nellis
Las Vegas, NV
Drug Abuse Program Coordinator
October 2003 – October 2005

Federal Bureau of Prisons, FCC Beaumont

January 2020

Beaumont, TX
Drug Abuse Program Coordinator
June 2001 – October 2003

Sinai Mile Square Hospital
Qualified Mental Health Professional
Chicago, IL
September 2000 – June 2001

**PROFESSIONAL AFFILIATIONS:**

American Psychological Association (APA)
1998 – 2015
American Psychology Law Society, APA Division 41
2015 – Present

**RELEVANT CONTINUING EDUCATION:**

American Academy of Forensic Psychology Workshop, 09/2020
American Academy of Forensic Psychology Workshop, 06/2019
CA Board of Psychology – Subject Matter Expert Examination Workshop, 09/19-09/20/2017
Practice with Diverse Populations, 06/06/2017
Ethics and Boundaries, 05/31/2017
Suicide Assessment Treatment and Management, 05/31/2017
Contemporary Issues in Forensic Psychology, 02/09-02/10/2017
Managing Suicide Risk in Sex Offenders, 09/04/2015
California Law and Ethics, 07/07/2015
Supervision; A Guide to Mental Health Professionals, 07/16/2015
DSM-5 an Overview of the Major Changes, 05/21/2015
APLS Expert Testimony, 03/18/2015
Continuity of Care, 03/05/2015
Competency Based Clinical Supervision, 09/24/2013

**REFERENCES:**

Lisa Matthews, Psy.D., Chief of Psychology
Metropolitan Detention Center, FBOP
535 N Alameda Street
Los Angeles, CA 90012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Evidentiary Hearing Exhibit 001
Case Number: 17-609 VC
Date Admitted:
By Dep. Clerk:

Samantha Shelton, Psy.D.                                        2