Prepared: February 2, 2020

## University of California, San Francisco
## CURRICULUM VITAE

**Name:** Paul M. Elizondo III, D.O.

**Positions:** Attending Child Psychiatrist
Youth and Family Services Clinic & Juvenile Hall
Marin County Behavioral Health Services
Start Date: July 10, 2018

Assistant Clinical Professor – Volunteer
Department of Psychiatry
University of California, San Francisco
Effective Date: August 20, 2018

**Work Address:** Youth and Family Services



### EDUCATION

| | | | |
|---|---|---|---|
| 2003 - 2007 | Stanford University | B.S. | Chemistry |
| 2008 - 2012 | Touro University, College of Osteopathic Medicine | D.O. | Osteopathic Medicine |
| 2012 - 2015 | University of California, San Francisco | Resident | General/Adult Psychiatry |
| 2015 - 2017 | University of California, San Francisco | Clinical Fellow | Child/Adolescent Psychiatry |
| 2016 – 2017 | University of California, San Francisco | Chief Fellow | Child/Adolescent Psychiatry |
| 2017 – 2018 | University of California, San Francisco | Fellow | Forensic Psychiatry |

### LICENSES, CERTIFICATION, TRAININGS

| | |
|---|---|
| 2013 | Medical Licensure, California, Number 20A-13023 |
| 2013 | Drug Enforcement Administration Registration Number FE7596539 |
| 2014 | SAMHSA Buprenorphine administration certification |
| 2016 | General Psychiary, Board Certification |

Evidentiary Hearing Exhibit 003 page 001

Prepared: February 2, 2020

| | | | |
|---|---|---|---|
| 2017 | Child and Adolescent Psychiatry, Board Certification | | |
| 2017 | Juvenile Transfer & Franklin Hearings for Evaluators and Attorneys<br>Forensic Mental Health Association of California, October 9, 2017 | | |
| 2019 | Forensic Psychiatry, Board Certification | | |

## PRINCIPAL WORK EXPERIENCE

| | | | |
|---|---|---|---|
| 2005 - 2008 | Stanford University, California | Peer Oral Communication Tutor | Center for Teaching and Learning |
| 2006 – 2008 | Stanford University, California | Didactic and Laboratory Instructor | Department of Biological Sciences: Core Laboratory |
| 2007 – 2008 | Stanford University, California | Didactic and Laboratory Instructor | Department of Chemistry: Advanced Organic Laboratory |
| 2007 - 2008 | Palo Alto, CA | Community Tutor | High School Math, Science and English |

## OTHER POSITIONS HELD

| | | | |
|---|---|---|---|
| 2005 - 2007 | Stanford University Department of Psychiatry and Behavioral Sciences<br>Cross-sectional investigation: "Disordered eating behavior among members of all-female dormitories and sororities at Stanford University." | Research Clinician, Undergraduate Honors Thesis Program | Stanford, CA |
| 2008 - 2010 | Touro University – California, Student Executive Council | Presdient of Community Outreach | Vallejo, CA |
| 2008 - 2010 | "Millerville Corner Place" Community Outreach, Mentoring, and Tutoring Center for At-risk Youth | Co-founder, Director | Vallejo, CA |
| 2011 - 2017 | Bay Area Physicians for Human Rights | Board Member | San Francisco, CA |
| 2014 - 2015 | UCSF General Psychiatry Residency, Resident's Association | Head of Academic Interest Groups | San Francisco, CA |
| 2014 - 2016 | UCSF 360 Positive Care Clinic: INTERMED Clinical Complexity Validation Study;<br>PI: Steve Frankel, MD | Research Clinician & Trainer | San Francisco, CA |
| 2014 - 2017 | UCSF Department of Psychiatry | Research Clinician | San Francisco, CA |

2 of 10

Evidentiary Hearing Exhibit 003 page 002

Prepared: February 2, 2020

| | | | |
|---|---|---|---|
| | and 360 Positive Care Clinic: Telepsychiatry and In-Home CBT for Major Depression in HIV+ Adults; PI: James Bourgeois, MD | | |
| 2015 – 2018 | Pathways to Discovery Program: educational intervention study, "Psychiatric provider competence and comfort in the evaluation and treatment of eating disorders, pre- and post-educational workshop." PI: Daniel LeGrange, PhD | Research Fellow | San Francisco, CA |
| 2015 – 2017 | CHILD PRITE Fellowship American College of Psychiatrists Practice Resident In-Training Exam Topics in Child Psychiatry, development, diagnostic procedures, psychopathology, ethics, risk factors, neurological disorders, genetic abnormalities, epigenetics, aggression, sleep disorders, community mental health systems, forensic and legal issues, sexual dysfunctions, applicaton of evidence to practice, accessing and evaluating the evidence, behavioral and conitive psychology, integrated care, patient engagement. | Exam Developer | San Francisco, CA |
| 2018-present | FOCUS Psychiatry Self-Assessment Examination, American Psychiatric Association Publishing Topics: Addiction/Substance Use Disorders, Forensic Psychiatry, Neuroscience, and Bipolar Disorder | Exam Developer | Arlington, VA |

## HONORS AND AWARDS

| | |
|---|---|
| 2003 | Class Valedictorian, San Pasqual High School Escondido, CA -Class rank 1 of 626 |
| 2003-2007 | Stanford University Deans List (GPA > 3.8): Fall 2003, Winter 2004, Spring 2004, Fall 2004, Winter 2004, Spring 2005, Winter 2006 |

Evidentiary Hearing Exhibit 003 page 003

Prepared: February 2, 2020

| | |
|---|---|
| 2010 | Student Doctor of the Year<br>Touro Univeristy California, College of Osteopathic Medicine<br>-Very competitive award; each year, 1 student In four medical school classes, comprised of 480 total students, is chosen to receive this award. Usually a 3rd or 4th year medical student is chosen. I was awarded in my 2nd year, then two of my classmates were chosen for the subsequent 2 years. |
| 2010 | The Arnold P. Gold Foundation, Gold Hummanism Honor Society (GHHS)<br>-12 medical students are chosen each year to be inducted for commitment to leadership, comminity service, and school service. |
| 2010 | Sigma Sigma Phi (SSP), Honorary Osteopathic Service Fraternity |
| 2012 | Commencement Ceremony Class Speaker<br>Touro University, California |
| 2014 | American Psychiatric Leadership Fellowship, UCSF Adult Resident Nominee (APA) |
| 2015 | American Psychiatric Association CAP Fellowship, UCSF Resident Nominee (APA) |
| 2015 | Lesbian and Gay Association of Child and Adolescent Psychiatrists Fellowship, UCSF Fellow Nominee (LAGCAPA) |
| 2016 | CHILD PRITE Fellowship, American College of Psychiatrists (ACP):<br>-Competitive position; 1 of 2 selected from a pool of 27 child psychiatry fellows nationwide nominated by their program directors. Served two years on the PRITE Board creating, reviewing, and modifying practice board exam questions. |
| 2017 | Irving Phillips Award for Clinical Excellence in Child Psychiatry<br>University of California, San Francisco<br>Child and Adolescent Psychiatry Fellowship |

**KEYWORDS/AREAS OF INTEREST**

Child and adolescent psychiatry, forensic psychiatry, violence and sexual violence recidivism risk, lesbian, gay, bisexual, and transgender mental health, learning disabilities, correctional juvenile justice, trauma disorders in childhood, childhood adverse experiences, child sexual abuse, eating disorders, body dysmorphic disorder, online and traditional stalking behavior, effects of alcohol, marijuana, and drugs on behavior and functioning, consultation/liaison psychiatry, integration of care, healthcare disparities, immigrant trauma and mental health, mental health stigma, medical education.

Evidentiary Hearing Exhibit 003 page 004

Prepared: February 2, 2020

# PROFESSIONAL ACTIVITIES
## CLINICAL

### PROFESSIONAL ORGANIZATIONS

<u>Memberships</u>

| | |
|---|---|
| 2008 - present | American Academy of Osteopathy (AAO) |
| 2011 - present | American Psychiatric Association (APA) |
| 2012 - present | Northern California Psychiatric Society (NCPS), APA District Branch |
| 2013 - present | American Society of Hispanic Psychiatrists (ASHP) |
| 2014 - present | Northern California Regional Organization of Child and Adolescent Psychiatry (NCROCAP) |
| 2014 - present | American Academy of Child and Adolescent Psychiatry (AACAP) |

<u>Service to Professional Organizations</u>

| | | |
|---|---|---|
| 2015 - present | American Academy of Child and Adolescent Psychiatry (AACAP), Children and the Law Committee | Member |
| 2015 - present | American Academy of Child and Adolescent Psychiatry (AACAP), Committee on Sexual Orientation and Gender Identity Issues Committee | Member |

### INVITED PRESENTATIONS

NATIONAL

| | | |
|---|---|---|
| 2012 | "Measuring the Impact of teaching cultural competence" Association for Academic Psychiatry, Annual Meeting | Poster |
| 2013 | "Teaching transgender cultural competence to healthcare providers" American Psychiatric Association, Annual Meeting | Workshop Chair, invited talk |
| 2014 | "Implications for treating behavioral disturbance in children by addressing thoracic kyphosis." American Academy of Osteopathy, Annual Convocation | Workshop, invited speaker |
| 2017 | "Cyberstalking Directed at Youth: Mental Health and Legal Consequences." Institute of Psychiatric Services Annual Conference, American Psychiatric Association, New Orleans, LA | Workshop, invited Speaker |
| 2018 | "Cyberstalking Directed at Youth: Legal Landscape and the Role of the Clinician" American Psychiatric Association Annual Conference, New York, NY | Workshop, invited Speaker |
| 2019 | "Cyberstalking Directed at Youth: Legal Landscape and the Role of the Clinician" | Workshop, invited Speaker |

Evidentiary Hearing Exhibit 003 page 005

American Psychiatric Association Annual Conference, San Francisco, CA

REGIONAL AND OTHER PRESENTATIONS

| Year | Presentation | Role |
|---|---|---|
| 2006 | "Challenges in evaluation and manifestations of disordered eating in adolescent male patients" <br> Stanford University Department of Psychiatry and Behavioral Sciences in conjunction with Stanford University Center for Teaching and Learning | Invited Speaker |
| 2007 | "Studying the variability of eating behaviors among members of all-female dormitories and sororities at Stanford University." <br> Stanford University Department of Psychiatry and Behavioral Science, honors thesis presentation | Invited Speaker |
| 2013 | "Dilemmas in establishing therapeutic alliance with patients who desire over-treatment" <br> San Francisco General Hospital (SFGH), Case Conference Presentation | Invited Speaker |
| 2013 | "Determining capacity to accept or decline withdrawal of life-sustaining care" <br> San Francisco VA Medical Center, Internal Medicine Grand Rounds | Invited Speaker, co-presenter |
| 2013 | "Psychiatry shelf exam review", oral presentation and handout <br> UCSF 3rd year medical student core rotations | Self-directed speaker |
| 2013 | "Determining capacity to accept or decline withdrawal of life-sustaining care" <br> San Francisco VA Medical Center, Internal Medicine Grand Rounds | Invited Speaker, co-presenter |
| 2013 | "Risk assessment basics for medical students" <br> UCSF Consultation/Liaison Service | Invited Speaker |
| 2014 | "Careful diagnosis and management of depression in patients with heart failure" <br> San Francisco VA Medical Center, special conference | Invited Speaker, co-presenter |
| 2014 | "Competent transgender clinical care: special focus on HIV seropositivity" <br> San Francisco VA Medical Center, internal medicine workshop | Invited Speaker |
| 2014 | "A hazard of our profession: the emotional impact on providers of patient suicide." <br> UCSF Department of Psychiatry Residency Program, department-wide didactic | Invited Speaker |

Evidentiary Hearing Exhibit 003 page 006

Prepared: February 2, 2020

| | | |
|---|---|---|
| 2014 | "Mental health diagnostic challenges in the setting of recent posterior reversible encephalopathy syndrome (PRES)"<br>UCSF Department of Psychiatry, Grand Rounds | Invited Speaker |
| 2015 | "Anxiety and anxiety disorders in transgender persons"<br>UCSF Department of Psychiatry, OCD and anxiety disorders clinical case conference | Invited Speaker |
| 2015 | "Bed bug phlebotomy: catching the medically decompensating patient in the mental healthcare setting"<br>UCSF Department of Psychiatry, Grand Rounds | Invited Speaker |
| 2015 | "Differentiating OCD and anxiety disorders in children and adolescents"<br>UCSF Department of Psychiatry, Division of Child and Adolescent Psychiatry, clinical case conference | Invited Speaker |
| 2016 | "Evaluation and Management of Anorexia, Bulimia Nervosa, and Binge-eating disorder"<br>UCSF Department of Psychiatry, General Residency Program, PGY3 educational seminar | Invited Speaker |
| 2016 | "Evidence-Based Mental Health Evaluation and Management of Transgender Children and Adolescents."<br>UCSF Department of Psychiatry, Division of Child and Adolescent Psychiatry Grand Rounds | Invited Speaker<br>Senior Talk, Child Psychiatry Fellowship |

# UNIVERSITY AND PUBLIC SERVICE

## UNIVERSITY SERVICE

### DEPARTMENTAL SERVICE

| | | |
|---|---|---|
| 2012 - 2013 | Cultural Humility Task Force, San Francisco General Hospital | Member |
| 2012 - 2013 | San Francisco General Hospital, Inpatient Psychiatry | Assault Battery Review Board |
| 2012 - 2015 | Department of Psychiatry, General Residency Program (UCSF) | Residency Training Curriculum Development and Evaluation Committee |
| 2014 - 2015 | Department of Psychiatry, San Fransisco VA Medical Center | Quality Improvement: Veteran Sexual Health Project |
| 2015 - 2017 | Division of Child and Adolescent Psychiatry, Fellowship training program (UCSF) | Selection Committee, Fellow Class of 2018 |
| 2015 - 2017 | Division of Child and Adolescent Psychiatry, Fellowship training program (UCSF) | Year 1 Fellow, special topics didactics, coordinator |

Evidentiary Hearing Exhibit 003 page 007

| | | |
|---|---|---|
| 2015 - 2017 | Division of Child and Adolescent Psychiatry, Fellowship training program (UCSF) | Program Evaluation Committee |
| 2015 - 2017 | Division of Child and Adolescent Psychiatry, Fellowship training program (UCSF) | APEX Superuser |
| 2016 - 2017 | Division of Child and Adolescent Psychiatry, Fellowship training program (UCSF) | Clinical Rotations Curriculum Task Force |

**PUBLIC SERVICE**

| | | |
|---|---|---|
| 2013 – 2015 | UCSF Homeless Clinic | Resident preceptor |

**RESEARCH AWARDS**

<u>PAST</u>

| | |
|---|---|
| Principal Investigators: Hans Steiner, MD; Jim Lock, MD, PhD | 2005 - 2007 |
| Stanford University Department of Psychiatry and Behaviral Sciences | $4,000 direct/yr1 |
| Undergraduate Honors Thesis Program | $8,000 total |

**PUBLICATIONS:**

**PEER REVIEWED ARTICLE AND BOOK CONTRIBUTIONS**

Textbook Contribution: Lock, J. (Ed.). (2012). *The Oxford handbook of child and adolescent eating disorders: Developmental perspectives.* Oxford University Press. **Section contribution: Overview of Adolescent Eating Disorders.**

Article: **Elizondo, P.**, Wilkinson, W., & Daley, C. (2012). Working with transgender persons: answers to frequently asked questions. *Psychiatric Times, 29*, 16-18.

Textbook contribution: Horowitz, M. (2016). *Adult Personality Growth in Psychotherapy.* Cambridge University Press. Contribution: content and process editor.

**NON-PEER REVIEWED PUBLICATIONS**

**Elizondo, P.,** Marshall, S. Understanding transgender cultural competence: an educational reference for staff, family, and patients. Informally published manuscript. San Francisco General Hospital: Cultural Humility Task Force. San Francisco, CA.

**SUBMITTED PUBLICATIONS, IN PRESS**

Balsamo, D., **Elizondo, P.** (2016). Policy statement on transgender youth in juvenile justice and other correctional systems. American Academy of Child and Adolescent Psychiatry.

Rhee, J., Chan E., **Elizondo, P.**, Bourgeois, J., Breur, J., Shemuel, J., Dazols, L., Malcolm, J. (2016). The Use of Home-Based Telepsychiatry for Mild to Moderate Major Depression in HIV-

Prepared: February 2, 2020

Positive Adults 50 Years and Older Living in San Francisco. University of California, San Francisco, Department of Psychiatry and Internal Medicine.

### SUBMITTED PUBLICATIONS, UNDER REVIEW

**Elizondo, P.,** Binder, R.L., McNiel, D. (2018). Cyberstalking Involving Youth: A Review of Statutes and the Role of the Forensic Psychiatrist. Submitted to the *Journal of the American Academy of Psychiatry and the Law* in March 2018.

### FORENSIC PSYCHIATRY EXPERIENCE:

Sipe, W., **Elizondo, P** (uncredited). (2015). "The Neurobiology of Trauma." Mediation report for James, Vernon, and Weeks, P.A. Keywords: childhood sexual abuse, trauma.

Sikorski, J., **Elizondo, P** (uncredited). (2015) "Pediatric Burns, associated psychopathology, outcomes, and treatment." Literature review for a court-mandated evaluation and preparation for deposition.

Sipe, W., **Elizondo, P** (uncredited). (2017) Forensic evaluation for Osborn and Maledon, P.A. Keywords: posttraumatic stress disorder, child and adolescent psychiatry, intellectual disability, developmental disorders, medical complexity.

**Elizondo, P.** (uncredited). (2017 – present) Forensic Evaluations for San Mateo County Superior Court, Competency to Stand Trial Evaluations and Reports for Adults and Juvenile criminal defendants.

**Elizondo, P.** (uncredited). (2017 – present) Forensic Evaluations for Alameda County Superior Court, Competency to Stand Trial Evaluations and Reports for Adults criminal defendants.

**Elizondo, P** (uncredited). (August 2017) Forensic Evaluation and Report for Grave Disability, Lanterman-Petris Short Conservatorship, Marin County, California. August 11, 2017.

### EXPERT TESTIMONY IN COURT

Forensic Evaluation for Grave Disability, Lanterman-Petris Short Conservatorship Bench Trial, Marin County, California. September 11, 2017.

Forensic Evaluation for Grave Disability, Lanterman-Petris Short Conservatorship Bench Trial, Marin County, California, November 6, 2017.

Forensic Evaluation for Grave Disability, Lanterman-Petris Short Conservatorship Bench Trial, Marin County, California. November 13, 2017.

Forensic Evaluation for Grave Disability, Lanterman-Petris Short Conservatorship Bench Trial, Marin County, California. December 15, 2017.

Elizondo, P (uncredited). (November 2017) Forensic evaluation for Hooshmand Law Group. San Francisco Superior Court. Keywords: generalized anxiety disorder, major depressive disorder, emotional harm, wrongful eviction, child and adolescent psychiatry, posttraumatic stress disorder.

Evidentiary Hearing Exhibit 003 page 009

Prepared: February 2, 2020

Forensic Psychiatric Evaluation for Juvenile Adjudicative Competence, San Mateo Juvenile Court (March 2018). Keywords: ADHD, juvenile incompetence to stand trial, intellectual disability, malingering.

Forensic Psychiatric Evaluation for Terrence Murphy, Esq., Martinez Superior Court (May 2018) Keywords: Schizophrenia, Autism, cognitive decline, conservatorship, electroconvulsive therapy, adolescent psychiatry, early onset schizophrenia.

Abstract Testimony on the Effects of Acute Alcohol Intoxication on Memory Formation and Recall (August 2018). Contra Costa County Public Defender's Office. Keywords: Alcohol, Memory Formation.

Forensic Psychiatric Evaluation for John Lee, Esq., Martinez Superior Court (September 2018) Keywords: Opioid and alcohol intoxication; violence risk in the community.

Forensic Psychiatric Evaluation for Christine O'Hanlon, Esq., Marin Superior Court (October 2018). Keywords: Schizophrenia, general violence risk, sexual violence risk, paraphilias.

Forensic Psychiatric Evaluation for Ms. Valerie Zukin, Esq. San Franicsco Immigration Court (November 2018). Keywords: Substance use disorders, general violence risk.

Forensic Psychiatric Evaluation for Bean and Lloyd, LLC. San Franicsco Immigration Court (January 2019). Keywords: child psychiatric conditions, medical trauma family hardship.

Forensic Psychiatric Evaluation for Bean and Lloyd, LLC. San Franicsco Immigration Court (April 2019). Keywords: child psychiatric conditions, medical trauma family hardship.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**Evidentiary Hearing Exhibit 003**
Case No. CR 17-609 VC
Date Admitted:
Date Entered: