UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>　　　　　Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER SETTING IN-PERSON ARRAIGNMENT AND STATUS CONFERENCE** |

　　　　An in-person status conference will take place on July 19, 2021 at 1:00 p.m., in Courtroom 4, on the 17th Floor. The defendant will also be re-arraigned at that time.

　　　　**IT IS SO ORDERED.**

Dated: June 23, 2021

_____
VINCE CHHABRIA
United States District Judge