UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>        Defendant. | Case No.  17-cr-00609-VC-1<br><br>**ORDER CONVERTING HEARING TO ZOOM PROCEEDING** |

Because the defendant is not vaccinated, and because of the increase in COVID-19 cases at the jail, Monday's arraignment and status conference will take place over Zoom at 2:00 p.m. Defense counsel is responsible for communicating with their client in advance of his appearance.

**IT IS SO ORDERED.**

Dated: August 5, 2021

_____
VINCE CHHABRIA
United States District Judge