UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>Defendant. | Case No.  17-cr-00609-VC-1<br><br><br>**ORDER FOR FURTHER COMPETENCY EVALUATION** |

On June 11, 2021, the Bureau of Prisons informed the Court that it had restored the defendant to competency. However, on August 9, 2021, when the Court attempted to re-arraign the defendant, he made various statements that raise questions about whether he continues to be competent, and whether he remained medication-compliant after leaving B.O.P. custody. Accordingly, the Court appoints Dr. Paul Elizondo to conduct a further competency evaluation of the defendant. Dr. Elizondo should submit a report to the Court as soon as possible. The United States Marshal's Service is ordered to ensure that Dr. Elizondo receives all relevant medical records, including records about whether the defendant was medication compliant while being transferred from BOP and while being detained at the jail.

**IT IS SO ORDERED.**

Dated: August 11, 2021

_____

VINCE CHHABRIA
United States District Judge