UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE INEZ GARCIA-ZARATE,<br><br>Defendant. | Case No.  17-cr-00609-VC-1<br><br>**MODIFIED ORDER FOR FURTHER COMPETENCY EVALUATION**<br><br>Re: Dkt. No. 133 |

On June 11, 2021, the Bureau of Prisons informed the Court that it had restored the defendant to competency. However, on August 9, 2021, when the Court attempted to re-arraign the defendant, he made various statements that raise questions about whether he continues to be competent, and whether he remained medication-compliant after leaving B.O.P. custody. Accordingly, the Court appoints Dr. Paul Elizondo to conduct a further competency evaluation of the defendant. Dr. Elizondo should submit a report to the Court as soon as possible. The United States Marshal's Service is ordered to ensure that Dr. Elizondo receives all relevant medical records from all entities including BOP, ACBH and Wellpath. The records should include any and all information related to whether the defendant was medication compliant while being transferred from BOP to Santa Rita County Jail and while being detained at Santa Rita County Jail. The Marshal's Service is further ordered to produce said records upon receipt via email by sending to the following email:  VCCRD@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 16, 2021

VINCE CHHABRIA
United States District Judge