J. TONY SERRA, SBN 32639
MARIA BELYI, SBN 270019
3330 Geary Blvd, 3rd Floor East
San Francisco CA 94118
Telephone: 415-986-5591
Facsimile: 415-421-1331

Attorneys for Defendant
JOSE INEZ GARCIA-ZARATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JOSE INEZ GARCIA-ZARATE<br><br>Defendant. | No. 3:17-CR-609-VC<br><br>DECLARATION OF COUNSEL IN SUPPORT OF WITHDRAWAL OF COUNSEL<br><br>Judge: The Honorable Vince Chhabria |

DECLARATION OF COUNSEL

I, Maria Belyi, hereby declare:

1. I am an attorney licensed to practice in the state of California.

2. I am one of the attorneys representing Mr. Garcia-Zarate; Mr. Serra is lead counsel.

3. At the time that I joined Mr. Garcia-Zarate's defense, I was a solo practitioner. As of October 11, 2021, my practice has been closed and I have accepted employment at another company.

4. I have informed Mr. Serra of my new employment; he has no objection to my withdrawal. Mr. Garcia-Zarate will be informed of my withdrawal.

I declare under penalty of perjury that the above is true and correct, and as to those matters that are based on information and belief, I believe them to be true and correct.

Dated: October 17, 2021

Respectfully submitted,

_____
MARIA BELYI
Attorney for Defendant
JOSE INEZ GARCIA-ZARATE