UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOSE INEZ GARCIA-ZARATE,<br>　　　　Defendant. | Case No.  17-cr-00609-VC-1<br><br>**MODIFIED ORDER FOR FURTHER COMPETENCY EVALUATION**<br><br>Re: Dkt. Nos. 133, 134 |

On August 11, 2021, the Court appointed Dr. Paul Elizondo to conduct a further competency evaluation of the defendant. *See* Dkt. No. 133. On August 16, 2021, the Court ordered that Dr. Elizondo receive "all relevant medical records from all entities including BOP, ACBH and Wellpath." Dkt. No. 134. The Court has received notice that Dr. Elizondo conducted an assessment but requires updated records to complete the ordered evaluation. Accordingly, the United States Marshal's Service is ordered to ensure that Dr. Elizondo receives any and all updated medical records from all entities, including BOP, ACBH, and Wellpath. The Marshal's Service is ordered to produce any updated records upon receipt via email by sending them to the following email: VCCRD@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 19, 2021

　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge