UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>    v.<br>JOSE INEZ GARCIA-ZARATE,<br>          Defendant. | Case No. 17-cr-00609-VC-1<br><br>**ORDER REGARDING COMPETENCY EVALUATION** |

After the defendant was restored to competency at a B.O.P. facility, he was returned to Santa Rita Jail to be held pending a trial or a change of plea. However, the defendant was not given his medication during transit, and he was not given medication at the jail. In the Fall of 2021, court-appointed psychiatrist Paul Elizondo determined that the defendant was no longer competent. The Court then requested that the U.S. Marshal move the defendant to a local facility where he was more likely to receive consistent treatment for his psychiatric condition. The Marshal moved the defendant to the Marin County Jail, and the Court has been receiving weekly reports from the Marshal that the defendant has been taking his medication consistently. Dr. Elizondo now reports that the defendant has again been restored to competency. Counsel for the defendant has requested that the Court set an in-person change of plea hearing. This hearing is scheduled for March 14, 2022, at 1:00 p.m. in Courtroom 4.

    **IT IS SO ORDERED.**

Dated: February 16, 2022

_____
VINCE CHHABRIA
United States District Judge