J. TONY SERRA SBN 32639
3330 GEARY BLVD., THIRD FLOOR EAST
SAN FRANCISCO, CA 94118
TELEPHONE: (415) 986-5591
FACSIMILE: (415) 421-1331

MICHAEL HINCKLEY SBN 161645
803 Hearst Avenue
Berkeley, California 94710
Telephone:     (415) 706-1386
Email: mike@mhlaw.us

Attorneys for Defendant
JOSE INEZ GARCIA-ZARATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE INEZ GARCIA-ZARATE<br><br>Defendant. | Case Nos. 3:17-cr-00609 VC<br><br>**EXHIBITS A-D TO DEFENDANT JOSE INEZ GARCIA-ZARATE'S SENTENCING MEMORANDUM AND OBJECTION TO THE PSR**<br><br>Date: June 6, 2022<br>Time: 9:30 a.m.<br>Hon. Vince Chhabria |

DEFENDANT'S SENTENCING MEMORANDUM & OBJECTIONS TO PSR          Macintosh HD:Users:michaelhinckley:Documents:Betts sn-Final MLH.docx