

Exhibit B1

JGZ-005869