

Exhibit B2

JGZ-005861