# EXHIBIT C

# "RICOCHET"
# FILM LINK PROVIDED UNDER SEPARATE COVER