

**Exhibit D**