UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 6, 2022     **Time in Court:** 57 minutes     **Judge:** VINCE CHHABRIA

**Case No.**: 17-cr-00609-VC-1     **Case Name:** UNITED STATES v. Jose Inez Garcia-Zarate

**Attorney for United States of America:** Eric Cheng
**Attorney for Defendant:** Michael Hinkley and Tony Serra
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Kristen Melen                **Court Reporter:** Joan Columbini
**Interpreter:** Carol Rhine-Medina (Spanish)  **Probation Officer:** Aaron Tam

### PROCEEDINGS

Sentencing - hearing held.

### RESULT OF HEARING

The Court held discussions with the parties regarding their views on appropriate guideline ranges for sentencing and length of custodial sentence. The Court adopted the PSR with a guideline calculation of 33 to 41 months.

Mr. Hinkley spoke on behalf of Mr. Garcia-Zarate.

Defendant is committed to the Bureau of Prisons for a term of time served, which applies to counts one and two; followed by 3 years of supervised release, which applies to counts one and two, both counts to run concurrently. A special assessment fee of $200 is imposed and the fine is waived. See Judgment for special conditions and forfeiture information.